UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MARLENE H. TURNER, <br> DAVID W. EVANS, <br> STEVEN M. JACKSON, and <br> JAMES DONALD GREEN, <br><br> Plaintiffs, <br><br> vs. <br><br> KEVIN D. BURKE, individually and as Mayor of the City of Terre Haute, Indiana; GEORGE RALSTON, individually and as Chief of Police of the City of Terre Haute, Indiana; LYNN FRANCIS, individually and as City Attorney for the City of Terre Haute, Indiana; PATRICK GOODWIN, individually and as City Engineer of the City of Terre Haute, Indiana; and the CITY OF TERRE HAUTE, INDIANA; <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 2:04-cv-0028-JDT-WGH |

## JUDGMENT

The court, having decided that Defendant's Motion for Summary Judgment should be granted, now therefore **ORDERS, ADJUDGES AND DECREES** the

Complaint is **DISMISSED** and that judgment is entered in favor of Defendants and against Plaintiff on all claims.  Costs shall be allowed Defendants.

ALL OF WHICH IS ORDERED this 25th day of October 2005.

Laura A. Briggs, Clerk
United States District Court

John Daniel Tinder, Judge
United States District Court

By Evelyn A. Hollins, Deputy Clerk

Copies to:

Eric A. Frey
Frey Law Firm
eric.frey@freylaw.com

Mark A. Holloway
Stephenson Morow & Semler
mholloway@stephlaw.com

James S. Stephenson
Stephenson Morow & Semler
jstephenson@stephlaw.com